IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         v.<br><br>ANTIONE ARNETE, ET AL | Criminal No. 14-121 |

MOTION TO WITHDRAW APPEARANCE

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Conor Lamb, Assistant United States Attorney for said district, and respectfully files this motion to withdraw appearance of Conor Lamb as counsel for the United States for this underlying criminal matter. The United States of America will continue to be represented by Assistant United States Attorney Barbara K. Doolittle.

                                        Respectfully submitted,

                                        DAVID J. HICKTON
                                        United States Attorney


                                        s/ Conor Lamb
                                        CONOR LAMB
                                        Assistant U.S. Attorney
                                        U.S. Post Office & Courthouse
                                        Suite 4000
                                        Pittsburgh, PA  15219
                                        (412) 644-3500 (Phone)
                                        (412) 644-2645 (Fax)
                                        Conor.lamb@usdoj.gov
                                        PA ID No. 304874